IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD THOMAS SHARP,

    Plaintiff,

vs.                                                  No. 1:21-cv-00719-KWR-CG

JOE BIDEN,

    Defendant.

## JUDGMENT

**THIS MATTER** came before the Court under 28 U.S.C. § 1915A and Fed. R. Civ. P. 12(b)(6) on the Civil Complaint filed by Plaintiff, Donald Sharp (Doc. 1). The Court having entered its Memorandum Opinion and Order (Doc. 7) on **October 15, 2021**, dismissing all claims for failure to state a claim on which relief can be granted and as frivolous,

**IT IS HEREBY ORDERED** that **JUDGMENT** is entered and all claims in the Civil Complaint filed by Plaintiff, Donald Sharp (Doc. 1) are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**